

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYCOLEMAN CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>SOS INTERNATIONAL LTD.,<br><br>        Defendant. | Civil Action No. 06-Civ.-7734 (NRB)<br><br>**PLAINTIFF'S NOTICE<br>OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, SYColeman Corporation hereby dismisses this action, in its entirety, with prejudice.

Respectfully submitted,

Dated: October 6, 2006

Of Counsel:

David Handzo
Kathleen E. Karelis
Kevin C. Dwyer
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
(202) 639-6892 Telephone
(202) 661-4979 Facsimile

s/
Ronald M. Daignault (RD-2672)
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
(212) 891-1600 Telephone
(212) 891-1699 Facsimile

Counsel for Plaintiff
*SYColeman Corporation*

So Ordered.

[signature]
USDJ

October 11, 2006